# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DAPHNE GAVIA,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.**<br><br>    Defendants. | Civil Action No. 1:25 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant United States of America ("U.S.A."), while fully reserving its rights to object to service, jurisdiction, and venue, and without waiving any of their other defenses or objections, removes to this Court the civil action styled, *Daphne Gavia, individually, and as Heir of Tracie Hill Powell, deceased v. United States of America, et al,* Case No. 36-CV-2025-900096.00, filed in the Circuit Court of Hale County, Alabama, by Plaintiff Daphne Gavia ("Plaintiff").

## BACKGROUND

1. On November 13, 2025, Plaintiff filed her Complaint in the Circuit Court of Hale County, Alabama, and named as defendants U.S.A., on behalf of the U.S. Department of Agriculture, and Aldridge Pite, LLP (collectively, the "Defendants").

2. Hale County is in the Southern District of Alabama, Northern Division. 28 U.S.C. § 81(c)(1).

3. Plaintiff asserts federal claims for alleged violations of the Real Estate Settlement Procedures Act ("RESPA").

## TIMELINESS OF NOTICE OF REMOVAL

4. On November 18, 2025, U.S.A. received a copy of the Complaint. Because this Notice of Removal is within 30 days of the United States' receipt of the Complaint, this Notice is timely under 28 U.S.C. § 1446(b)(1).

## FEDERAL QUESTION JURISDICTION

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, because Plaintiff asserts claims against Defendants that arise under the laws of the United States, namely, the Real Estate Settlement Procedures Act of 1974 ("RESPA"), in Title 12, United States Code, Section 2601, *et seq.*), which requires lenders, mortgage brokers, or servicers of home loans to provide borrowers with pertinent and timely disclosures about the nature and costs of the real estate settlement process. *See* Complaint, ¶s 16, 21, 28, IV. c.

6. "[A] civil action filed in a state court may be removed to federal court if the claim is one 'arising under' federal law." *Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003). Consequently, this Court has jurisdiction under 28 U.S.C. § 1331, because Plaintiff asserts federal statutory claims for RESPA violations. *Id.*; *Boone v. JP Morgan Chase Bank*, 447 F. App'x 961, 963 (11th Cir. 2011) ("Here, removal to federal court was proper because the district court had subject-matter jurisdiction based on the alleged violations of federal statutes including TILA, RESPA, and FDCPA.").

## SUPPLEMENTAL JURISDICTION

7. In addition to § 1331 federal question jurisdiction, this Court has supplemental jurisdiction over any state law claims which may be set forth in the Complaint pursuant to 28 U.S.C. § 1367. Supplemental jurisdiction exists when the state law claims are so related to the federal claims that they form part of the same case or controversy or are based on a "common nucleus of operative fact." *Parker v. Scrap Metal Processors, Inc.*, 468 F.3d 733, 742–43 (11th Cir.

2006). Plaintiff's state law claims, if any, are based on the same set of operative facts that form the basis for his federal claims. Therefore, Plaintiff's state law claims are part of the same case or controversy. *See Id.*

## VENUE

8. Under 28 U.S.C. § 1441(a), this action may be removed to the district court and division embracing the place where the state court action is pending. Venue for this removal is, therefore, proper in the United States District Court for the Southern District of Alabama, Northern Division, as this is the district which includes Hale County, Alabama—the location of the pending state court action. *See* 28 U.S.C. § 81(c)(1).

## PROCEDURAL COMPLIANCE

9. Pursuant to 28 U.S.C. § 1446(a), a copy of the docket sheet and all pleadings and orders in the state court record are attached hereto as **Exhibit A**.

10. The undersigned contacted Aldridge Pike's counsel, Gordon "Griff" O'Rear, and requested his position on the removal of the case to this Court. He advised that it consents to the removal.

11. Pursuant to 28 U.S.C. § 1446(d), upon filing this Notice of Removal, U.S.A. will send written notice and a copy of the Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Circuit Clerk for Hale County, Alabama. A copy of the state court filing will subsequently be filed as **Exhibit B** to this Notice of Removal.

WHEREFORE, U.S.A. prays that this Notice of Removal be deemed good and sufficient, that Plaintiff's Complaint be removed from the Circuit Court of Hale County, Alabama, to this Court, for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in this

civil action from said state court and thereupon proceed with this civil action as if it had originally been commenced in this Court.

                                                Respectfully submitted,

                                                SEAN P. COSTELLO
                                                UNITED STATES ATTORNEY

                                    By: *s/Alex F. Lankford, IV*
                                                Alex F. Lankford, IV
                                                Assistant United States Attorneys
                                                63 South Royal Street, Suite 600
                                                Mobile, Alabama 36602
                                                Telephone: (251) 415-7140
                                                Email: alex.lankford@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent by email to the following:

Glen Aron McCord
GAM Attorney at Law
P.O. Box 7
Livingston, Alabama 35470
Email: gmccord@glenmccordlaw.com

Griff O'Rear
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Email: gorear@aldridgepite.com

                                                *s/Alex F. Lankford, IV*
                                                Alex F. Lankford, IV
                                                Assistant United States Attorney